IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-121 |
| RICHARD THIGPEN, DALTON DAY, RAYMOND R. MURPHY, JR., FRANK R. MURPHY, and WILLIAM E. MURPHY, individually and as Personal Representative of the ESTATE OF AGATHA LOUISE MURPHY, | * * * * * * * | |
| Defendants. | * | |

**O R D E R**

This matter comes before the Court on its own initiative. Defendant Dalton Day has filed a Motion for Summary Judgment (doc. 23). A review of the docket, however, reveals that Defendant Day has failed to comply with Local Rule 56.1, which requires a movant for summary judgment to attach "a separate, short, and concise statement of the material facts as to which it is contended there exists no genuine dispute to be tried as well as any conclusions of law thereof. Each statement of material fact shall be supported by a citation to the record." LR, SDGa 56.1. Moreover, any material facts submitted by the movant will be deemed admitted "unless controverted by a statement served by the opposing party." Id.

Plaintiff has filed its own Motion for Summary Judgment (doc. 29), which includes the required statement of material facts, to which Defendant Day has failed to file any response. In light of these filing deficiencies, Defendant Day is hereby **DIRECTED** to, within **SEVEN (7) DAYS** of this Order, either respond to Plaintiff's statement of material facts or file his own statement of material facts. If Defendant Day elects to submit his own statement of material facts, any parties opposing his Motion for Summary Judgment shall have **TEN (10) DAYS** to respond.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA